No. 155.   SOUTHWESTERN SUGAR & MOLASSES CO., INC.,
*v.* RIVER TERMINALS CORP.   Certiorari, 358 U. S. 811, to
the United States Court of Appeals for the Fifth Circuit.
The motion for leave to file brief of T. L. James & Co.,
Inc., et al., as *amici curiae,* is denied.

No. 480.   M. A. OWENS Co. *v.* GARGILL, TRUSTEE.
The petitioner's motion for directions for production of
record is denied.   The petition for writ of certiorari to the
United States Court of Appeals for the First Circuit is
also denied.   *Angus M. MacNeil* for petitioner.

No. 322, Misc.   SOPER *v.* MICHIGAN.   Motion for leave
to file petition for writ of mandamus denied.

No. 318, Misc.   SHELTON *v.* UNITED STATES.   Motion
for leave to file petition for writ of habeas corpus denied.
Petitioner *pro se.   Solicitor General Rankin* for the
United States.

No. 327, Misc.   LEE *v.* JACKSON, WARDEN.   Motion for
leave to file petition for writ of habeas corpus denied.